Kenneth B. Grimes, P.C. (#6555)
Attorney for Plaintiffs
480 East 400 South, Suite 203
Salt Lake City, Utah 84111
Telephone: (801) 359-4212
Email: kglawyerutah@gmail.com

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RILEY A. CLINE and ZACHARY AARON CLINE,<br><br>    Plaintiffs,<br><br>    -*v*-<br><br>PARKER INDUSTRIES, INC. dba SOFA SOURCE, and DOES 1-3,<br><br>    Defendant. | **SATISFACTION OF JUDGMENT**<br><br><br><br><br>Case No.  2:21-cv-635-DAO<br><br>Magistrate Judge: Daphne A. Oberg |

Plaintiffs Riley A. Cline and Zachary Aaron Cline, through their legal counsel of record, hereby certify that the Judgment in the above-captioned case has been satisfied by the Defendant.

DATED this 21st day of June, 2024.

/s/Kenneth B. Grimes
Attorney for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Satisfaction of Judgment was served upon the

Defendant Parker Industries, Inc. by U.S. mail, postage prepaid, to its registered and last

known address of: 2915 South West Temple, South Salt Lake, Utah 84115, and to

Defendant's last known email address of: aaron.parker@thesofasource.com this 21st day of

June, 2024

/s/ Kenneth B. Grimes
Attorney for Plaintiffs